■ In the Matter of ZACHARY B., a Child Alleged to be Neglected. KEITH B., Appellant; ST. LAWRENCE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [666 NYS2d 867] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Stephanie B.* (245 AD2d 1062 [decided herewith]). (Appeal from Order of Herkimer County Family Court, LaRaia, J.—Neglect.) Present—Denman, P. J., Lawton, Hayes, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD CARMICHAEL, Appellant. [666 NYS2d 866] —Judgment unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Criminal Possession Controlled Substance, 7th Degree.) Present—Green, J. P., Pine, Wisner, Callahan and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN JACKSON, Appellant. [666 NYS2d 866] —Judgment unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, DiTullio, J.—Attempted Rape, 1st Degree.) Present—Green, J. P., Pine, Wisner, Callahan and Fallon, JJ.